FILED

2015 MAY -4 PM 12: 35

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF(S)<br>v.<br><br>Charles Harvey Eccleston<br><br>DEFENDANT(S). | CASE NUMBER<br>**ED 15-0179M**<br>1:15-mj-00138<br><br>**AFFIDAVIT RE<br>OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: _____Complaint_____
in the _____ District of _____Columbia_____ on __03/04/2015__
at __2:00__ ☐ a.m. / ☒ p.m.  The offense was allegedly committed on or about __01/15/2015__
in violation of Title _____18_____ U.S.C., Section(s) __1030, 1343__
to wit: _____

A warrant for defendant's arrest was issued by: _____The Honorable Judge Kay_____

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _____5/4/15_____, by

_____, Deputy Clerk.


_[signature]_                                    L. Boyd
Signature of Agent                               Print Name of Agent

USMS                                             USMS/DSO
Agency                                           Title

---

CR-52 (05/98)                    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT