*Stephanie Thornton Harris*

FILED

2015 MAY -4  PM 12: 36

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>Charles Harvey Eccleston | PLAINTIFF<br><br><br>DEFENDANT | CASE NUMBER:<br>ED15-0179M<br>1:15-mj-0098<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest:     05/01/2015 @ 5:00     ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

    18 USC 1030(a)(2),  18 USC 1030(a)(5)(A),  18 USC 1030(a)(4),  18 USC 1343

5. Offense charged is a:   ☐ Felony   ☒ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1953

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified:   Duty Officer

10. Remarks (if any): _____

11. Name:   L. Boyd   (please print)

12. Office Phone Number:   951 276-6120

13. Agency:   USMS

14. Signature: _____

15. Date:   05/04/2015

CR-64 (2/14)    REPORT COMMENCING CRIMINAL ACTION