```
 1  STEPHANIE YONEKURA
    Acting United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    ALLEN W. CHIU (Cal. Bar No. 240516)
 4  Assistant United States Attorney
    National Security Section
 5       1300 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-2435
 7       Facsimile: (213) 894-6436
         E-mail:    allen.chiu@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

**ORIGINAL**



FILED
CLERK, U.S. DISTRICT COURT

MAY - 6 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED No. 15-MJ-00179 |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING GOVERNMENT'S UNOPPOSED APPLICATION FOR TEMPORARY RELEASE OF DEFENDANT FROM THE CUSTODY OF THE UNITED STATES MARSHALS SERVICE TO THE CUSTODY OF THE FEDERAL BUREAU OF INVESTIGATION FOR TRANSPORT TO THE DISTRICT OF COLUMBIA |
| v. | |
| CHARLES HARVEY ECCLESTON, | |
| Defendant. | |

Upon consideration of the Government's Unopposed Application for Temporary Release Order, **FOR GOOD CAUSE APPEARING**, the Court grants the application.

Accordingly, **IT IS ORDERED** that the United States Marshals Service ("USMS") release defendant Charles Harvey Eccleston into the custody of the Federal Bureau of Investigation ("FBI") for transport to the District of Columbia. The release for transport shall take place on a day and time to be determined by the USMS in consultation with FBI Special Agent Lauren Gulotta.

Thereafter, Special Agent Gulotta shall return defendant to the custody of the USMS upon his arrival in the District of Columbia.

**IT IS SO ORDERED.**

DATE 5/6/15

HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/

ALLEN W. CHIU
Assistant United States Attorney